HOWARD STREETER, Respondent, v. EUGENE N. FOSS, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $10,000, and interest, in which event the judgment is so modified and as so modified judgment and order affirmed, without costs to either party. All concur, except Woodward and Cochrane, JJ., who vote for affirmance.

ARTHUR THOMPSON, Respondent, v. THE CAMPE CORPORATION, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements.

THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, Respondent, v. KINGSTON SHIPBUILDING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.

WEST VIRGINIA PULP AND PAPER COMPANY, OF DELAWARE, Appellant, v. DUNCAN W. PECK, Individually and as Superintendent of Public Works, State of New York, Respondent.— Decision amended to read as follows: Judgment unanimously affirmed, with costs. Opinion by Cochrane, J. [See 189 App. Div. 286, 296.] The court disapproves of any finding to the effect that the river at the location of the plaintiff's dam is not navigable in fact, and finds as a fact that the river at that place is and was navigable in fact and in law.